# FRIER LEVITT
ATTORNEYS AT LAW

Jonathan E. Levitt, Esq. (JL 3881)
William Lim, Esq. (WL 5706)
84 Bloomfield Avenue
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile:   (973) 618-0650
jlevitt@frierlevitt.com
wlim@frierlevitt.com

Attorneys for Plaintiff-Petitioner, Mohamed M. Kawam, M.D.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOHAMED M. KAWAM, M.D.,<br><br>Plaintiff-Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA, THOMAS M. HARRIGAN, in his official capacity as Deputy Administrator of the Drug Enforcement Administration, ADRIANA DIMICELI, Special Agent – Drug Enforcement Administration, in her individual capacity, THOMAS POPOWICH, Diversion Investigator – Drug Enforcement Administration, in his individual capacity, THOMAS GERMANY, Special Agent – Drug Enforcement Administration, in his individual capacity, JOHN DOES 1 – 20, law enforcement officers, in their individual capacities,<br><br>Defendants-Respondents. | Civil Action No. 14-CV-06330 (WJM)(MF)<br><br>Hon. William J. Martini, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**NOTICE OF MOTION FOR HARDSHIP RELEASE OF SEIZED CURRENCY**<br><br>(DEA Asset ID No. 14-DEA-602837, Case No. C3-13-0140)<br><br>(On Appeal From DEA Administrative Docket No. 2014-23)<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Return Date: December 15, 2014 |

**TO:**   Clerk, U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

Jacob T. Elberg, Assistant U.S. Attorney
U.S. Attorney's Office, District of New Jersey,
970 Broad Street, Suite 700
Newark, NJ 07102

1

Carmen R. Pomares, Sr. Attorney
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152
*Attorneys for the United States of America*

**PLEASE TAKE NOTICE** that on December 15, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff-Petitioner, Mohamed M. Kawam, M.D., shall apply for an Order, pursuant to 5 U.S.C. § 702 and 18 U.S.C. § 983(f), directing the immediate release of seized U.S. currency on the basis of hardship.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon a Brief, the Declaration of Mohamed M. Kawam, M.D., and the exhibits thereto, filed herewith, together with all pleadings filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

                                               **FRIER & LEVITT, LLC**
                                               Attorneys for Plaintiff

                                          BY:   /s/ William Lim
                                                 Jonathan E. Levitt, Esq. (JL 3881)
                                                 William Lim, Esq. (WL 5706)
                                                 84 Bloomfield Avenue
                                                 Pine Brook, NJ 07058
                                                 Telephone: (973) 618-1660
                                                 Facsimile:   (973) 618-0650
                                                 jlevitt@frierlevitt.com
                                                 wlim@frierlevitt.com

Dated: November 21, 2014