

# FRIER LEVITT
ATTORNEYS AT LAW

November 24, 2014

<u>Via Electronic Case Filing</u>

Office of the Clerk
United States District Court, District of New Jersey
M.L. King, Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

**Re:   Mohamed M. Kawam, M.D. v. United States of America et al.**
<u>**Civil Action No.: 14-cv-06330**</u>

Dear Madam/Sir:

    We are the attorneys for Plaintiff, Mohamed M. Kawam, M.D., in the above captioned matter. We respectfully request that William Lim, Esq. be removed as counsel of record for Plaintiff in the above matter as he is no longer associated with Frier & Levitt. Jonathan Levitt, Esq. and I (of Frier & Levitt, LLC) remain counsel for Plaintiff.

    Should you have any questions, please do not hesitate to contact the undersigned. Thank you.

Very truly yours,

**FRIER & LEVITT, LLC**

s/ *Todd Mizeski*

Todd Mizeski, Esq.

TM:bak

84 Bloomfield Avenue
Pine Brook, NJ 07058
t 973.618.1660
f 973.618.0650

°°°°°°°Daniel B. Frier
♦°Jonathan E. Levitt

°Michelle L. Greenberg
°°°Todd Mizeski
°°°°°John E. Morrone
°Mohamed H. Nabulsi
° Timothy D. Norton
Jesse C. Dresser
°William Lim
°Romana S. Syed
°Steven L. Bennet
°Lilya A. Gorbach
Retford O. Berko, Ph.D.
Alexandra L. Peveler
°Benjamin J. Hochberg
Erin M. Magennis
°Richard J. Brum

Of Counsel
Marc B. Viscuso

°NJ & NY Bars
°°°NJ, NY & DC Bars
°°°°°NJ, NY & CT Bars
°°°°°°°NJ, NY, PA & AZ Bars
♦Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

115 Broadway
Trinity Centre, 17th Floor
New York, NY 10006
t 212.981.1660
Please respond to New Jersey Office

Frier & Levitt, LLC
www.frierlevitt.com